UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DEMETRIS IRBY,<br><br>           Plaintiff,<br><br>    v.<br><br>THORNTON, et al.,<br><br>           Defendants. | No.  2:21-cv-1047-TLN-EFB P<br><br>FINDINGS AND RECOMMENDATIONS |

       Plaintiff is a county jail inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On September 7, 2021, the court determined that service of the complaint was appropriate for plaintiff's excessive force claim against defendant Thornton. ECF No. 10. On October 7, 2021, the court gave plaintiff 30 days to submit the documents necessary for service of process on defendant and warned plaintiff that failure to comply with the order could result in dismissal of this case.  ECF No. 14.  The time for acting has passed and plaintiff has failed to comply with or otherwise respond to the court's order.[1]

/////

---

[1] On October 4, 2021, plaintiff informed the court that he had a new mailing address but did not provide the new address in his filing.  Although it appears from the file that plaintiff's copy of the October 7, 2021 order was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

Accordingly, it is RECOMMENDED that this action be dismissed for failure to prosecute. Fed. R. Civ. P. 41(b); E.D. Cal. Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  January 13, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE