1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY DEMETRIS IRBY,                    No.  2:21-cv-01047-TLN-EFB

12                   Plaintiff,

13          v.                                 **ORDER**

14   THORNTON, et al.,

15                   Defendants.

16

17          Plaintiff, a county jail inmate proceeding *pro se*, has filed this civil rights action seeking

18   relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

19   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On October 7, 2021, the magistrate judge filed findings and recommendations herein

21   which were served on Plaintiff and which contained notice to Plaintiff that any objections to the

22   findings and recommendations were to be filed within fourteen days.  (ECF No. 13.)  Plaintiff has

23   not filed objections to the findings and recommendations.[1]

24   ///

25          [1] On October 4, 2021, Plaintiff informed the Court that he had a new mailing address but
     did not provide the new address in his filing. Although it appears from the file that Plaintiff's
26   copy of the findings and recommendations was returned, Plaintiff was properly served.  It is the
     plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to
27   Local Rule 182(f), service of documents at the record address of the party is fully effective.

28

                                    1

1        The Court has reviewed the file and finds the findings and recommendations to be

2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

3  ORDERED that:

4        1.  The findings and recommendations filed October 7, 2021, are adopted in full;

5        2.  Plaintiff's claims against Defendants Solano County Sheriff's Office, Solano County,

6  and the State of California be dismissed without prejudice.

7  DATED:  January 31, 2022

Troy L. Nunley
United States District Judge

2